KYLE *v.* MAYOR AND COMMI'RS OF FAY. and MALLETT, Tax Collector.

We have heretofore decided that this Board must assess the value of property for State and County taxation, and we think, for the same reasons of convenience and uniformity, that city and town taxation should be based upon the same valuation as that for the State and county. *Wil., Col, & A. A. R. R. Co.* v. *Commissioners of Brunswick,* 72 N. C. Rep., 15.

There is error. Judgment reversed, injunction dissolved and action dismissed.

PER CURIAM. Judgment accordingly.

JAMES KYLE v. THE MAYOR AND COMMISSIONERS OF THE TOWN OF FAYETTEVILLE and others.

No distinction can be made between resident and non-resident shareholders of the stock of National Banks; and the Constitution and our Revenue Laws require the tax to be levied on all such shares, whether owned by residents or non-residents, and whether the latter be named or not.

(See the preceding case between the same parties.)

MOTION for an *Injunction*, before his Honor Judge BUXTON, at Chambers, in the Town of Fayetteville, county of CUM-BERLAND, on the 13th day of November, 1875.

The pleadings and facts of this case are the same as those in the preceding case, between the same parties, with this exception : In this case, the tax complained of was levied under the Revenue Act of 1874, in which the shares of stock in the National banks in this State are not in express terms required to be listed. In all other respects the facts are the same.

His Honor, upon the hearing, granted the injunction upon the plaintiff's giving the bond required by law. From this order the defendants appealed.

29

*Ray,* for appellants.
*McRae & Broadfoot,* contra.

RYNUM, J.  The only distinction between this case and
the other between the same parties, decided at this Term is,
that the tax here was levied for the year 1874, and the
revenue act of that year does not in express terms tax the
shares of non-residents in National Banks located in this
State.

We have decided in the other case that no distinction can
be made between resident and non-resident shareholders,
and that the Constitution and revenue laws require the tax
to be levied upon all shares in National Banks, and that the
laws equally apply to non-residents, whether named or not.

For the reasons stated in that opinion, the judgment below
is reversed, and the action is dismissed.

PER CURIAM.                            Judgment reversed.